UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BARBARA A. WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-cv-516 |
| | ) | (REEVES/SHIRLEY) |
| BELK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion for Leave to Appear Pro *Hac Vice* [Doc. 11] and a Motion for Leave to File Document Under Seal [Doc. 13]. By way of background, this case was removed on November 20, 2015. On November 23, 2015, the Clerk of Court sent an electronic notice to counsel advising that Attorney Jonathan West, counsel for the Plaintiff, was not admitted to practice in this Court. The Clerk instructed Attorney West to file a Motion to Appear Pro *Hac Vice* by November 28, 2015. Attorney West did not file a motion. Subsequently, on December 21, 2015, the Clerk's office notified the Court that it had attempted to contact Attorney West via telephone, but it could not leave a voicemail because Attorney West's mailbox was full.

On December 31, 2015, the Clerk mailed a Notice of Deficiency to Attorney West. On February 25, 2016, the Court admonished Attorney West for his failure to file a motion for pro *hac vice*, and the Court ordered [Doc. 10] him to show cause within ten days as to why he should not be removed as attorney of record.

On February 29, 2016, Attorney West filed a Motion for Pro *Hac Vice* [Doc. 11]. However, his Motion was deficient in that he did not submit a certificate of good standing that was not more than thirty days old pursuant to Local Rule 83.5. Subsequently, Attorney West filed a motion [Doc. 13] requesting that his response to the Court's show cause order be filed under seal. Attorney West explains that his response to the Court's Order to show cause includes personal and confidential information that if disseminated, could lead to substantial imminent and irreparable harm to him. In addition, Attorney West cured his deficient Motion for Pro *Hac Vice* on March 8, 2016. [Doc. 15].

The Court **ADMONISHES** Attorney West that failure to follow the Local Rules and/or Clerk's Orders will not be excused in the future absent extraordinary circumstances. The Court notes, however, that Attorney West has submitted the proper paperwork to be admitted pro *hac vice*. In addition, the Court has reviewed Attorney West's sealed Response [Doc. 14], and the Court finds that he has shown good cause for sealing Doc. 14 because it contains personal and confidential information, but the Court does not find that the information, if disseminated, could lead to substantial and irreparable harm to Attorney West. Accordingly, Attorney West's Motion to for Leave to File Under Seal [**Doc. 13**] is **GRANTED**, and the Clerk of Court is **DIRECTED** to seal the Response to Order to Show Cause [Doc. 14]. In addition, because Attorney West has met the requirements for admission pro *hac vice*, the Court hereby **GRANTS** the Motion for Leave to Appear Pro *Hac Vice* [**Doc. 11**]. Attorney West **SHALL** immediately register as an ECF user.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge